UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |  |
|---|---|---|
| CHRISTOPHER HUDSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | 1:12-cv-1460-JMS-MJD |
| | ) | |
| KEITH BUTTS, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

**Entry Discussing Petition for Writ of Habeas Corpus**

In a disciplinary proceeding identified as No. ISR 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, Christopher Hudson was found guilty of violating prison rules by engaging in disorderly conduct. He was sanctioned with a suspended earned credit deprivation. That suspended earned good time deprivation expired on May 16, 2011, and cannot now be enforced.

Due to the passage of time during which that particular sanction was not imposed, the specific sanction can no longer be imposed. This renders Hudson unable to satisfy the "in custody" requirement of the federal habeas statute. The remaining sanctions did not result in the imposition of custody and hence cannot be challenged in an action for habeas corpus relief. *Cochran v. Buss,* 381 F.3d 637, 639 (7th Cir. 2004)("State prisoners who want to raise a constitutional challenge to a[ ] . . . decision[ ] such as transfer to a new prison, administrative segregation, exclusion from prison programs, or suspension of privileges, must . . . employ [42 U.S.C.] 1983 or another statute authorizing damages or injunctions--when the decision may be challenged at all . . . ."); *Montgomery v. Anderson,* 262 F.3d 641, 644 (7th Cir. 2001)(explaining that when no recognized liberty or property interest has been taken, which is the case here, the confining authority "is free to use any procedures it chooses, or no procedures at all")

The respondent's motion to dismiss [10] is **granted**. The motion to withdraw [13] is **granted**. The second motion for extension of time [12] is **denied as moot.**

The petition for writ of habeas corpus is denied. Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 01/02/2013

*[signature: Jane Magnus-Stinson]*

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

**Christopher Hudson
Reg. No. 120501
Pendleton Correctional Facility
4490 West Reformatory Rd
Pendleton, IN 46064**

**Electronically Registered Counsel**